UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BARBARA BRAZIL,
    Plaintiff,

v.               Case No. 17-C-0824

FASHION ANGELS ENTERPRISES,
    Defendant.

## ORDER

On June 29, 2018, Magistrate Judge William E. Duffin recommended that the defendant's motion to dismiss be denied. His recommendation was served on the defendant on July 2, 2018. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), the defendant had 14 days to file written objections to the recommendation. That time expired without the defendant's having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Report & Recommendation (ECF No. 15) is **ADOPTED** in its entirety and, for the reasons stated in the recommendation, the defendant's motion to dismiss (ECF No. 10) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2018.

          s/Lynn Adelman
          LYNN ADELMAN
          District Judge